UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE WILLIAMS,<br><br>   Plaintiff,<br><br>  v.<br><br>EPISCOPAL SERVICES,<br><br>   Defendant. | Case No.  15-cv-04868-SI<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 1, 6 |

On December 16, 2015, the Court issued an Order adopting the Report and Recommendation of Magistrate Judge Maria Elena James, and dismissing plaintiff's complaint with leave to amend no later than January 29, 2016**.** Dkt. No. 10.  On January 12, 2016, this Order was returned to the court as undeliverable. Dkt. No. 12.  Since then, three other items mailed to plaintiff have been returned as undeliverable.  Dkt. Nos. 14, 15, 16.  No amended complaint has ever been filed, and plaintiff has not contacted the Court in any other way.

Consequently, this action is DISMISSED WITHOUT PREJUDICE, for failure to notify the Court of plaintiff's current address.  Civil Local Rule 3-11(b).

**IT IS SO ORDERED**.

Dated:  March 15, 2016

_____
SUSAN ILLSTON
United States District Judge