UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE WILLIAMS,<br>       Plaintiff,<br>v.<br>EPISCOPAL SERVICES,<br>       Defendant. | Case No.  15-cv-04868-SI<br><br>**JUDGMENT** |

   This action has been dismissed without prejudice, for failure to notify the Court of plaintiff's current address. Civil Local Rule 3-11(b). Judgment is entered accordingly.

**IT IS SO ORDERED**.

Dated:  March 15, 2016

_____
SUSAN ILLSTON
United States District Judge